```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                    08-CV-1683 (JMR/AJB)
```

Samuel K. Willis              )
                              )
        v.                    )    ORDER
                              )
United States of America      )

This matter is before the Court for consideration of the Report and Recommendation, issued April 27, 2009 [Docket No. 13], by the Honorable Arthur J. Boylan, United States Magistrate Judge. Plaintiff pro se timely filed objections pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. Plaintiff's petition for habeas corpus relief under 28 U.S.C. § 2241 is denied. [Docket No. 1.]

2. This action is dismissed for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 17, 2009

                            s/ JAMES M. ROSENBAUM
                            JAMES M. ROSENBAUM
                            United States District Judge